122 P.3d 299

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 26, 2005**

| 26894 | J.B. v. Senda | Affirmed |

**November 8, 2005**

| 26194 | Doe v. Doe | Affirmed |

**November 10, 2005**

| 26702 | Doe Children, In re | Affirmed |

**November 15, 2005**

| 26861 | State v. Watson | Affirmed |